UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Case Number: 1:05CR203

UNITED STATES OF AMERICA )
)
    Plaintiff, )
Vs. ) **ORDER**
)
NIREN PATEL )
)
    Defendant )

*FILED IN COURT ASHEVILLE, N.C. SEP 12 2005 U.S. DISTRICT COURT W. DIST. OF N.C.*

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 12th day of September 12, 2005.

_____
United States Judge Presiding