**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:06CR203**


| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| ) | |
| **NIREN PATEL** ) | |
| _____) | |


**THIS MATTER** is before the Court on the Defendant's motion to reconsider.

The Court is well aware of the decision in *United States v. Milam*, \_\_ F.3d \_\_, 2006 WL 871287 (4th Cir. 2006). However, the case does not stand for the proposition that a defendant who is represented by the same attorney who represented him at trial is entitled to a transcript of the trial proceedings prior to the sentencing hearing.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to reconsider is hereby **DENIED**.

Signed: April 19, 2006

Lacy H. Thornburg
United States District Judge